IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CRIMINAL NO. 2:05CR220

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| RICHARD ALLEN LAMBERT ) | |

**THIS MATTER** is before the Court on the Defendant's motion to continue the hearing on the supervised release violation from the October 5, 2006, sentencing calendar.

For the reasons stated in the motion and for good cause shown,

**IT IS, THEREFORE, ORDERED** that the Defendant's motion for continuance is hereby **ALLOWED**, and this case is continued from the October 5, 2006, calendar.

Signed: October 6, 2006

Lacy H. Thornburg
United States District Judge